| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Zachary Zurek<br>Special Agent: Dustin Swensson | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Brian Allen Rose

Case No.  Case: 2:26−mj−30101
Assigned To : Unassigned
Assign. Date : 2/25/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 15, 2025 - September 27, 2025  in the county of  Oakland  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dustin Swensson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  February 25, 2026

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Brian Allen Rose for violations of 18 U.S.C. §

1

2252A(a)(2) (distribution and receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Rose has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6. In September 2025, FBI Detroit executed a federal search warrant in the Eastern District of Michigan at the residence of, and on the person of, Subject-1, an individual whose identity is known to law enforcement. Subject-1 had previously been identified as having distributed child pornography, via a mobile messaging application, with another subject of an FBI investigation. Subject-1's cellular phone was seized during the search.

7. A forensic review of Subject-1's phone revealed that he traded images and videos which met the federal definition of child pornography with multiple individuals. One such individual who traded child pornography with Subject-1 was identified as Brian Allen Rose, telephone number XXX-XXX-8641.

8.    The forensic review of Subject-1's phone showed that Rose sent at least 23 videos containing child pornography to Subject-1 via a mobile messaging application. Rose also received videos containing child pornography from Subject-1 via the same mobile messaging application. Within the mobile messaging application on Subject-1's phone, Rose's display name was "D J."

9.    During their chat on the mobile messaging application, Rose and Subject-1 also discussed their mutual sexual interest in children and their desire to sexually assault children. The following is an excerpt of their chat from January 12, 2025:

**Subject-1:** Wassup

**D J:** Nothing much yet

**D J:** You into young huh

**Subject-1:** Hell yeah

**Subject-1:** Hbu

**D J:** Yes

**D J:** You a dad or just a perv

**Subject-1:** A perv

**D J:** You ever get anyone to let their boy suck you?

**D J:** Any vids to trade

**Subject-1:** I met up with a 16 yr old and made him suck my dick

**D J:** Yeah I've done that and ate his young hole

**D J:** How young you looking for

3

**Subject-1:** Same

**Subject-1:** 10-16

**Subject-1:** Hbu

**D J:** Nice, I like any young

**Subject-1:** Send some vids let's trade

…

**D J:** Reminds me of sucking my drunk dad

**Subject-1**: Oh wow you used to do that?

**D J:** Yes

**Subject-1:** Tell me about it

**D J:** Would crawl into his bed when he was passed out and suck his dick. He lived with his parents after my parents divorced

**D J:** He sometimes woke up a bit but didn't stop me

**D J:** One of my cousins we fucked around a lot starting young

**D J:** Wbu

**Subject-1:** I haven't done anything like that

**D J:** You single or?

**Subject-1:** Yeah hbu

**D J:** Nope

**Subject-1:** Oh nice are you married?

**D J:** Yes

10. On February 15, 2025, Rose received at least two videos containing child pornography from Subject-1 including the following:

    a. A video of a minor boy performing oral sex on an unidentified man.

    b. A video of an unidentified man rubbing his erect penis on the anus of a male toddler.

11. On the same day, Rose sent Subject-1 at least 3 videos containing child pornography including a video of an unidentified man ejaculating on the face of a prepubescent girl.

12. On September 27, 2025, Rose sent at least 16 videos containing child pornography to Subject -1 including the following:

    a. A video of an unidentified man ejaculating into the anus of an infant.

    b. A video of an unidentified man penetrating a male toddler with his penis.

13. Information received from the mobile messaging application, pursuant to an administrative subpoena, listed telephone number XXX-XXX-8641 as being connected to the "D J" account.

14. Information received from Verizon, pursuant to an administrative subpoena, identified the contact name for telephone number XXX-XXX-8641 as Brian Rose of the identified address in Ferndale, Michigan.

15. A report from the Oakland County Sheriff's Office dated 1/25/2024 listed

5

Brian Rose's cellular phone number as XXX-XXX-8641 and his home address as the identified address in Ferndale, Michigan.

16. According to information from the Michigan Secretary of State, Rose's Michigan driver's license lists the identified address in Ferndale, Michigan as his address. Rose's license was issued on February 29, 2024, and expires on May 15, 2028.

## CONCLUSION

17. Based on the foregoing, there is probable cause to believe that Brian Allen Rose committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution and receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2026